# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0332

VERSUS

ROCSHEY D. CARMEL

**JUNE 15, 2026**

---

In Re:   Rocshey D. Carmel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2849-F-2025, 3577-F-2023.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

    **WRIT DENIED.**  The record of the St. Tammany Parish Office of the Clerk of Court reflects the motion to quash is set to be heard on June 17, 2026.

**EW
CHH
KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT